**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| TURNBULL GROUP, LLC ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | 1:16cv00646 (AJT/IDD) |
| ) | |
| CARFAX, INC. ) | |
| Defendants. ) | |

## JUDGMENT

Pursuant to the order of this Court entered on September 2, 2016, and in accordance with Federal Rule of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendant, CARFAX, INC. and against the Plaintiff, TURNBULL GROUP, LLC, *d/b/a Turnbull Automotive*.

September 2, 2016                     FERNANDO GALINDO
Date                                           Clerk

                                                   /s/ Janice L. Allen
                                                   (By) Deputy Clerk