FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TURNBULL GROUP, LLC D/B/A TURNBULL AUTOMOTIVE,<br><br>      Plaintiff,<br><br>vs.<br><br>CARFAX, INC.,<br><br>      Defendant. | )<br>)<br>)<br>) Case No. 1:16-CV-646<br>)<br>) Hon. Anthony J. Trenga<br>)<br>)<br>) Magistrate Judge Ivan D. Davis<br>)<br>) |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Turnbull Group, LLC d/b/a Turnbull Automotive appeals to the U.S. Court of Appeals for the Fourth Circuit from the Order (Doc. # 31) granting Defendant's Motion to Dismiss entered in this case on September 2, 2016.

Dated: October 3, 2016                Respectfully submitted,

/s/ John S. Moss, Jr._____
John S. Moss, Jr. (VSB# 71301)
RINEHART, BUTLER, HODGE, MOSS & BRYAN, PLC
1259 Courthouse Road, Suite 105
Stafford, VA 22554
(540) 659-2184
(540) 659-8143 FAX
Virginia Bar No. 71301
E-mail: johnmoss@rlsblaw.com

Nicholas W. Armstrong (admitted *pro hac vice*)
Oscar M. Price, IV (admitted *pro hac vice*)
PRICE ARMSTRONG LLC
2421 2nd Ave. North, Suite 1
Birmingham, AL 35203
(205) 208-9503

Bryan G. Hale (admitted *pro hac vice*)
GOFORTH HALE LLC
2700 Highway 280 South, Suite 320W
Birmingham, AL 35223
(205) 403-5896

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

On October 3, 2016, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will automatically send electronic notice of such filing to the following counsel of record:

Craig C. Reilly
111 Oronoco Street
Alexandria, VA 22314

Gregg F. LoCascio
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005

*/s/ John S. Moss, Jr.*
John S. Moss, Jr.