FILED: May 23, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2144
(1:16-cv-00646-AJT-IDD)
_____

TURNBULL GROUP, LLC, d/b/a Turnbull Automotive

        Plaintiff - Appellant

v.

CARFAX, INC.

        Defendant - Appellee

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district
court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in
accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK