FILED: June 14, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2144
(1:16-cv-00646-AJT-IDD)
_____

TURNBULL GROUP, LLC, d/b/a Turnbull Automotive

 Plaintiff - Appellant

v.

CARFAX, INC.

 Defendant - Appellee

_____

M A N D A T E
_____

 The judgment of this court, entered May 23, 2017, takes effect today.

 This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*